1  SANDRA R. BROWN
   Acting United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
   ROBYN-MARIE LYON MONTELEONE
4  Assistant United States Attorney
   Chief, General Civil Section, Civil Division
5  DAVID PINCHAS (Cal. Bar No. 130751)
   Assistant United States Attorney
6       Federal Building, Suite 7516
        300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-2920
8       Facsimile: (213) 894-7819
        E-mail: david.pinchas@usdoj.gov
9
   Attorneys for United States of America
10 real party in interest

11                 UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                          WESTERN DIVISION

| | |
|---|---|
| Sean-David: Morton [sic], | No. CV 17-2403 |
| CLAIMANT, [a]man, | |
| v. | **NOTICE OF REMOVAL OF CIVIL ACTION** |
| SANDRA BROWN, EILEEN DECKER, JAMES HUGHES, VALERIE MAKAWITZ, all successors & assignees | [28 U.S.C. §1442(a)(1)] |
| Defendants and Wrongdoers | |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PRO SE CLAIMANT:

Pursuant to the provisions of 28 U.S.C. § 1442(a)(1), the United States of America, real party in interest, hereby removes the above-entitled action from the Superior Court of the State of California, County of Los Angeles, to this Honorable Court.  The grounds for this removal are as follows:

1. On March 24, 2017, Sean David Morton ("Morton") filed a civil complaint, for injunctive and declaratory relief, in Los Angeles County Superior Court captioned Morton v. Brown, et al., YS029817.  A copy of the Complaint, including all its attachments received, is attached hereto as Exhibit 1.  The Complaint requests that the State Court enjoin a federal criminal prosecution in this District, United States v. Morton, et al., CR 15-611 SVW, which is set for trial on April 4, 2017.  Morton further seeks a declaration from the State Court that he had a "non-culpable state of mind" and therefore should not be prosecuted and that the United States Attorney's Office for the Central District of California should be estopped to deny this.

2. This action is one which may be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1) because the defendants are (1) Acting United States Attorney Sandra R. Brown; (2) former United States Attorney Eileen M. Decker; (3) Assistant United States Attorney James Hughes; and (4) Assistant United States Attorney Valerie Makarewicz (sued as Valerie Makawitz), all of whom are sued in their official capacities as federal prosecutors.

3.  In addition, because the suit seeks to prevent the United States from prosecuting Morton for federal crimes, the suit is against the United States and it is the real party in interest.  See Larson v. Domestic Foreign Corp., 337 U.S. 682, 687 (1949) (if the effect of judgment would be to restrain the federal government from acting, the suit is against the United States).

4. Defendants Hughes and Makarewicz were served by Morton with the Complaint (but not with a summons) on or about March 27, 2017.  The United States has several

federal defenses to this action, see Mesa v. California, 489 U.S. 121, 129 (1989), because the action is barred by the doctrines of absolute prosecutorial immunity, sovereign immunity and the supremacy of Federal law.  See United States Constitution Article VI, clause 2 (the "Supremacy Clause"); 18 U.S.C. § 3231 (the district courts of the United States have exclusive jurisdiction of all offenses against the laws of the United States).

5.     WHEREFORE, the United States hereby removes this action now pending in the Superior Court of the State of California, County of Los Angeles, Case No. YS029817, to the United States District Court for the Central District of California.

Dated: March 28, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division

  */s/  David Pinchas*
DAVID PINCHAS
Assistant United States Attorney

Attorneys for United States of America
Real party in interest